**FILED**
JUL - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES F. JOHNSON, )
)
    Plaintiff, )
)
v. ) Civil Action No. **08 1181**
)
RUFUS G. KING, III, *et al.*, )
)
    Defendants. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 6/30/08